UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
TRANSFIELD ER CAPE LTD.,                          08 Civ. 09064 (NRB)

                Plaintiff,
                                                  NOTICE OF APPEARANCE
    -against-

INDUSTRIAL CARRIERS INC. and WEAVER
INVESTMENTS INC.,

                Defendants.
------------------------------------------X

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

    Enter my appearance as counsel in this case for defendant WEAVER INVESTMENTS, INC.

Dated:    New York, New York
           February 11, 2009

                                    Respectfully submitted,

                                    MAHONEY & KEANE, LLP
                                    Attorneys for Defendant
                                    WEAVER INVESTMENTS, INC.

        By: _____
               Garth S. Wolfson
               11 Hanover Square, Tenth Floor
               New York, New York 10005
               (212) 385-1422