UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
TRANSFIELD ER CAPE LTD.,                     08 Civ. 09064 (NRB)

                Plaintiff,
                                    NOTICE OF MOTION
   -against-

INDUSTRIAL CARRIERS INC. and WEAVER
INVESTMENTS INC.,

                Defendants.
-------------------------------------------X

PLEASE TAKE NOTICE, that upon the annexed Declaration and the exhibits thereto attached, Memorandum of Law, and all the prior pleadings and proceedings in this action, defendant WEAVER INVESTMENTS INC. (WEAVER) will move the Court before the Honorable Naomi Reice Buchwald at the Courthouse located at 500 Pearl Street, New York, New York, for an order, pursuant to Fed. R. Civ. Proc. E(4)(f), vacating, dissolving, and quashing the process of maritime attachment and garnishment issued in this case against WEAVER and releasing any property being restrained thereunder, and granting to WEAVER such other and further relief as this Honorable Court may deem just and proper.

Dated:   New York, New York
           March 6, 2009

                                    Respectfully submitted,

                                    MAHONEY & KEANE, LLP
                                    Attorneys for Defendant
                                    WEAVER INVESTMENTS INC.

          By:  _____
                                    Garth S. Wolfson
                                    11 Hanover Square, Tenth Floor
                                    New York, New York 10005
                                    (212) 385-1422