UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
TRANSFIELD ER CAPE LTD.,                08 Civ. 09064 (NRB)

              Plaintiff,
                                        DECLARATION
     -against-

INDUSTRIAL CARRIERS INC. and WEAVER
INVESTMENTS INC.,

             Defendants.
------------------------------------X

I, Garth S. Wolfson, hereby declare as follows:

1. I am a partner with the firm of Mahoney & Keane, LLP, counsel of record for defendant WEAVER INVESTMENTS INC. Based upon my personal knowledge and my review of the file maintained by my office, I am familiar with the proceedings in this case.

2. Herewith attached are true copies of the following:

    Exhibit A:    Plaintiff's Complaint;

    Exhibit B:    New York Department of State Entity Information for non-party INDUSTRIAL CARRIERS INC.; and

    Exhibit C:    Orders in the actions docketed under Case Numbers 08 Civ. 8999 (DC), 08 Civ. 8660 (PAC), and 08 Civ. 8534 (GBD).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 6, 2009
New York, New York

                           Respectfully submitted,

                           MAHONEY & KEANE, LLP
                           Attorneys for Defendant
                           WEAVER INVESTMENTS INC.

          By: _____
              Garth S. Wolfson
              11 Hanover Square, Tenth Floor
              New York, New York 10005
              (212) 385-1422